Ward Morehouse

**RECEIVED**

NOV 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED**

NOV 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

November 3, 2005

Clerk of the Court
US District Court
Room 1825B
3rd Street and Constitution Avenue, SE
Washington, DC 20001

<u>US District Court Violation Number – P 0571486</u>

Dear Sir:

  On September 26, 2005 I was charged with demonstrating without a permit at 1600 Pennsylvania Avenue NW. I enclose a copy of the violation notice.

  I am writing to find out how I should proceed to request that my case be transferred to the nearest District Court in Western Massachusetts where I reside (presumably Springfield). I understand that this request is to be made to whoever is the Sitting Judge. If that is correct I would appreciate receiving further information on his/her particulars.

               Sincerely yours,

               Ward Morehouse