FILED
DEC 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WARD MOREHOUSE
_____/

Mag. No. _____ (P-571486)

Judge John M. Facciola

Trial Date: December 21, 2005

## ORDER

Upon consideration of the defendant's November 3, 2005 request for transfer of venue for purposes of trial, the Government's opposition thereto, and the entire record herein, it is this 21st day of December, 2005, hereby

**ORDERED** that the defendant's request for transfer of this case to the United States District Court for the District of Massachusetts is **DENIED**.

_____
United States Magistrate Judge

Serve:

AUSA G. Michael Harvey
555 Fourth Street, NW, Room 4243
Washington, DC 20530

Wade Morehouse

Mark Goldstone, Esq.
Standby Attorney-Advisor for *Pro Se* Defendants
9419 Spruce Tree Circle
Bethesda, MD 20814