TO: Judge Deborah Robinson
     US District Court for the District of Columbia

Attention: Lynn Coln, Deputy Clerk
Cc: Mark Goldstone, Esq., Attorney Adviser

From Ward Morehouse (Criminal No. EV63 P 0571486)

**FILED**

JAN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*06-006M*

With further reference to my communication of January 7, 2006, I request that my case be postponed until February 25 or whatever date has been selected for hearing the remaining "demonstrating -without -a -permit -at -the -White House" cases after January 18. As I explained in my last message, I shall be in India on a business trip on January 18.

Thank you very much for your consideration of this request.

January 9, 2006

*[signature: Ward Morehouse]*