UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                      Mag. No. 06-mj-00006-JMF-79

v.                             (Ticket No. P-571486)

WARD MOREHOUSE
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR CONTINUANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to Ward Morehouse's January 9, 2006 letter to the Court, which the Government interprets as a motion for a continuance of his trial date, and states further as follows:

The Government has no opposition to Mr. Morehouse's request for a continuance of his trial date (which is presently scheduled for January 18, 2006) provided that the trial date is continued until April 19, 2006, which is the next trial date in these related cases arising from the September 26, 200t demonstration on the White House sidewalk.[1]  Scheduling Mr. Morehouse's trial for April 19, 2006, and not on another date,  will preserve judicial resources and avoid the Government having to marshal its witnesses for a separate trial of Mr. Morehouse alone.

WHEREFORE, the Government respectfully requests that Mr. Morehouse's trial be rescheduled for April 19, 2006.

---

[1] It is undersigned counsel's understanding that Magistrate Judge Robinson has continued a number of the September 26, 2005 protestor cases until April 19, 2006.

Respectfully submitted,

Kenneth L. Wainstein
UNITED STATES ATTORNEY

_____
G. Michael Harvey
ASSISTANT UNITED STATES ATTORNEY
Bar No.447465
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, D.C.  20530
202/305-2195


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing motion was served by U.S. mail upon the pro se defendant, Wade Morehouse, 133 Franklin Street, Northhampton, MA 01060-2061 this ___ day of January, 2006.


_____
ASSISTANT UNITED STATES ATTORNEY