UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Mag. No. 06-mj-00006-JMF-79

v.

(Ticket No. P-571486)

WARD MOREHOUSE
_____/

**ORDER**

Upon consideration of the defendant's January 9, 2006 request for continuance of his trial date in this matter, the Government's response thereto, and the entire record herein, it is this _____ day of January, 2006, hereby

**ORDERED** that the defendant's request for continuance of his trial date is hereby GRANTED; and it is further

ORDERED that trial in this matter is re-set for April 19, 2006 at _____ a.m./p.m.

_____
United States Magistrate Judge

Serve:

AUSA G. Michael Harvey
555 Fourth Street, NW, Room 4243
Washington, DC 20530

Wade Morehouse
133 Franklin Street
Northhampton, MA 01060-2061

Mark Goldstone, Esq.
Standby Attorney-Advisor for *Pro Se* Defendants
9419 Spruce Tree Circle
Bethesda, MD 20814